```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

RICHARD W. DEOTTE, ET AL.    §
                             §
VS.                          §    ACTION NO.  4:18-CV-825-Y
                             §
ALEX M. AZAR, ET AL.         §

<u>ORDER FOR REASSIGNMENT</u>

The undersigned judge, having taken senior status, desires to have this case re-assigned to an active-status judge. The clerk of the Court is therefore DIRECTED to re-assign this case by random draw to another judge.

SIGNED October <u>10</u>, 2018.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE