# MEMORANDUM

---

TO:     Brian Rebecek

FROM:   John McBryde

DATE:   October 11, 2018

RE:     4:18-CV-825-A
        DeOtte, et al. v. Azar, etal.


I hereby recuse from the above-styled and numbered action pursuant to 28 U.S.C. § 455(a). Would you please cause the reassignment of this case to be made in compliance with Special Order No. 3-249.

                              John McBryde


JM/dt