UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Richard W. DeOtte**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Alex M. Azar II**, et al., <br><br> Defendants. | Case No. 4:18-cv-825-O |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The Court's order of February 20, 2019 (ECF No. 29), directs the parties to confer and propose briefing schedules for the plaintiffs' motion for preliminary injunction, and to do so by April 8, 2019. After this Court's class-certification order of March 30, 2019 (ECF No. 33), the plaintiffs moved for summary judgment and permanent injunction, and asked the Court to convert the papers filed in support of the motion for preliminary injunction into supporting documents for the summary-judgment motion. *See* ECF No. 34. The parties have conferred and agree to the following briefing schedule:

- The defendants will respond to the plaintiffs' motion for summary judgment and permanent injunction no later than Monday, April 15, 2019.

- The plaintiffs will file their reply (if needed) no later than Friday, April 19, 2019.

- The defendants do not oppose the plaintiffs' requests to convert their motion for preliminary injunction (ECF No. 21) into a motion for summary judgment and permanent injunction, and to convert the papers filed in support of the motion for preliminary injunction—including the brief in support (ECF No. 21-1), the proposed order (ECF No. 21-2), and the supporting appendix (ECF No. 22)—into supporting documents for the summary-judgment motion.

A proposed order with this briefing schedule is attached.

                                    Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell | /s/ Daniel Riess |
| JONATHAN F. MITCHELL | DANIEL RIESS |
| Texas Bar No. 24075463 | Texas Bar No. 24037359 |
| Mitchell Law PLLC | U.S. Department of Justice |
| 106 East Sixth Street, Suite 900 | Civil Division |
| Austin, Texas 78701 | 1100 L Street, NW |
| (512) 686-3940 (phone) | Washington, D.C. 20005 |
| (512) 686-3941 (fax) | (202) 353-3098 (phone) |
| jonathan@mitchell.law | (202) 616-8460 (fax) |
| | daniel.riess@usdoj.gov |
| *Counsel for Plaintiffs and the Certified Classes* | *Counsel for Defendants* |

Dated: April 5, 2019

## CERTIFICATE OF SERVICE

I certify that on April 5, 2019, I served this document through CM/ECF upon:

Daniel Riess
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
(202) 353-3098
daniel.riess@usdoj.gov

*Counsel for Defendants*

                                                  /s/ Jonathan F. Mitchell
                                                  Jonathan F. Mitchell
                                                  *Counsel for Plaintiffs and*
                                                  *the Certified Classes*