IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD W. DEOTTE et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-CV-825-O |
| | § | |
| ALEX M. AZAR II et al., | § | |
| | § | |
| Defendant, | § | |

## ORDER

Pending is Plaintiffs' Motion for Summary Judgment, ECF No. 34. The Court sets this matter for a hearing on **Monday, May 20, 2019, at 2:00 p.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

Counsel for all parties are **ORDERED** to attend. Counsel should be prepared to discuss the legal arguments advanced in the motions and to answer questions on all issues currently pending before the Court. Specifically, Counsel should be prepared to discuss: (1) whether the merits arguments differ as between self-insured and non-self-insured employers, (2) whether the merits arguments differ as between closely held and non-closely held corporations, and (3) the practicalities of any potential class-wide relief.

**SO ORDERED** this **9th day** of **May, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE