IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD W. DEOTTE et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:18-CV-825-O |
| ALEX M. AZAR II et al., | § § § | |
| Defendant, | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Continue Hearing, ECF No. 42, filed May 13, 2019. In their unopposed motion, Defendants request, and Plaintiffs do not oppose, moving the hearing set in this matter by the Court's Order dated May 9, 2019, *see* ECF No. 41, from May 20, 2019 to May 28, 2019 or a date thereafter. Having reviewed the unopposed motion, the Court finds it should be and is hereby **GRANTED**. Accordingly, the Court continues the hearing to **Wednesday, May 29, 2019, at 9:00 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

SO ORDERED this **15th day** of **May, 2019**.

*Reed O'Connor*
UNITED STATES DISTRICT JUDGE