UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Richard W. DeOtte, on behalf of himself and
others similarly situated, *et al.*,
        *Plaintiff*

v.

Alex M. Azar II, in his official capacity as Secretary
of Health and Human Services, *et al.*,
        *Defendant*

Case No. 4:18-cv-00825-O

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Morrison & Foerster LLP                                                                 , with offices at

250 West 55th Street
(Street Address)

| New York | NY | 10019 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 212-468-8000 | 212-468-7900 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.** Applicant will sign all filings with the name Jamie A. Levitt.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

See attached

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

_____New York_____, where Applicant regularly practices law.

Bar license number: 2548477        Admission date: April 26, 1993

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of New Jersey | 12/22/92 | Active |
| U.S. Supreme Court | 11/3/14 | Active |
| USCA, Fifth Circuit | 9/19/11 | Active |
| see attached | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

(Applicant is seeking waiver of this requirement pursuant to LR 83.10(a)) , who has offices at

_____
(Street Address)

_____
(City)     (State)     (Zip Code)

_____
(Telephone No.)     (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 21st day of May, 2019.

Jamie A. Levitt
Printed Name of Applicant

*/s/ Jamie A. Levitt*
Signature

## ADDENDUM TO APPLICATION FOR ADMISSION *PRO HAC VICE*

**III.**  Applicant has been retained personally or as a member of the above-named firm by: Proposed amici curiae Service Employees International Union; If/When/How: Lawyering for Reproductive Justice; Lawyers Club of San Diego; National Association of Social Workers; and additional professional, labor, and student organizations.

**V.**  Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active or Inactive |
|---|---|---|
| USCA, First Circuit | 8/14/18 | Active |
| USCA, Ninth Circuit | 10/10/17 | Active |
| USCA, Second Circuit | 10/27/99 | Active |
| USCA, Third Circuit | 11/4/02 | Active |
| USDC, District of Colorado | 2/4/08 | Active |
| USDC, District of New Jersey | 12/22/92 | Active |
| USDC, Eastern District of New York | 4/26/93 | Active |
| USDC, Northern District of New York | 9/10/13 | Active |
| USDC, Southern District of New York | 4/26/93 | Active |

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# JAMIE A. LEVITT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 26, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 21, 2019**

6082

Clerk of the Court

## CERTIFICATE OF SERVICE

I, Jamie A. Levitt, hereby certify that on May 21, 2019, the foregoing Application for Admission *Pro Hac Vice* was served upon counsel of record for all parties by electronic filing through the Court's CM/ECF system.

/s/ Jamie A. Levitt
Jamie A. Levitt
