**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RICHARD W. DEOTTE** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 4:18-CV-00825-Y** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALEX M. AZAR II, in his official** | ) | |
| **capacity as Secretary of Health and** | ) | |
| **Human Services** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

The Clerk of Court is respectfully requested to enter the appearance of James Burnham in the

above-captioned action as counsel for Defendants.

Dated:  May 24, 2019                Respectfully submitted,

                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                     /s/ James Burnham
                                    JAMES BURNHAM
                                    Deputy Assistant Attorney General
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    950 Pennsylvania Avenue NW
                                    Washington, D.C. 20530
                                    Telephone: (202) 353-2793
                                    Email: James.M.Burnham@usdoj.gov

                                    *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

On May 24, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

 /s/ James Burnham