IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| RICHARD W. DEOTTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 4:18-cv-00825-O |

## MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.1, the State of Nevada (hereinafter "Nevada" or "Proposed Intervenor") respectfully moves to intervene as a matter of right, or alternative, with the permission of this Court. Plaintiffs oppose this motion, while the Federal Defendants take no position on it. *See* Certificate of Conference attached hereto. Accordingly, pursuant to Local Rule 7.1(d), Nevada will submit its brief in support of the Motion forthwith.

DATED this 24th date of May, 2019.

                                                AARON D. FORD
                                                Attorney General

                                                By: /s/ *Craig A. Newby*
                                                    HEIDI PARRY STERN (*pro hac vice* to follow)
                                                    Nevada State Bar No. 8873
                                                    Solicitor General
                                                    CRAIG A. NEWBY (*pro hac vice* to follow)
                                                    Nevada State Bar No. 8591
                                                    Deputy Solicitor General
                                                    Office of the Nevada Attorney General
                                                    100 N. Carson Street
                                                    Carson City, Nevada 89701
                                                    (775) 684-1207  Telephone
                                                    (775) 684-1108   Fax
                                                    hstern@ag.nv.gov
                                                    newby@ag.nv.gov

                                                    *Counsel for State of Nevada*

1

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b) I certify that I conferred with Jonathan Mitchell, counsel for Plaintiffs, on May 22, 2019, who stated that Plaintiffs oppose the Motion to Intervene. I further certify that I conferred with Michelle Bennett, counsel for Defendants, on May 23, 2019, who stated that Defendants take no position on the Motion to Intervene.

/s/ *Craig A. Newby*
Craig A. Newby

*Counsel for State of Nevada*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO INTERVENE** by using the CM/ECF system on the 24th day of May, 2019. Service on all counsel of record for all parties was accomplished electronically using the ECF system of the Court.

By: /s/ *Sandra Geyer*
Sandra Geyer, Employee of the Office
of the Attorney General