# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| RICHARD W. DEOTTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 4:18-cv-00825-O |

## PROTECTIVE NOTICE OF APPEAL

PLEASE TAKE NOTICE that Proposed Intervenor State of Nevada hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's June 5, 2019 Order, ECF No. 76, granting Plaintiffs' motions for summary judgment and for permanent injunction. Nevada seeks to protect its right to appeal in the event intervention is granted after the time to appeal the June 5, 2019 Order has run.

RESPECTFULLY SUBMITTED this 3rd day of July, 2019.

> AARON D. FORD
> Attorney General
>
> By: /s/ *Craig A. Newby*
> HEIDI PARRY STERN (NV Bar. No. 8873)
> Solicitor General (*pro hac vice pending*)
> CRAIG A. NEWBY (NV Bar No. 8591)
> Deputy Solicitor General (*pro hac vice pending*)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of court for the United States District Court for the Northern District of Texas, by using the CM/ECF system on the 3rd day of July, 2019.

I further certify that that I have served counsel of record for all parties through this Court's CM/ECF system.

By:   /s/ *Sandra Geyer*
      Sandra Geyer, Employee of the Office
      of the Attorney General