IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RICHARD W. DEOTTE et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 4:18-cv-00825-O |
| **ALEX M. AZAR II et al.,** | § § § | |
| **Defendants.**[1] | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Plaintiffs' Deadline for Filing Application for Attorney's Fees (ECF No. 99), filed July 30, 2019. The parties seek to extend the deadline for Plaintiffs to file an application for attorney's fees and costs from August 12, 2019, to October 4, 2019. Having considered the motion, grounds for the requested extension, and applicable law, the Court finds that the motion should be, and is hereby, **GRANTED**. Accordingly, Plaintiffs' deadline for filing an application for attorney's fees and costs is hereby extended until **October 4, 2019**.

**SO ORDERED** on this **31st day** of **July, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court hereby substitutes Patrick Pizzella, Acting Secretary of Labor, as Defendant, in place of Defendant Rene Alexander Acosta, who retired from the position effective July 19, 2019.