

No. 19-10754

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 27 2019

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

---

RICHARD W. DEOTTE, on behalf of themselves and others similarly situated; YVETTE DEOTTE, on behalf of themselves and others similarly situated; JOHN KELLEY, on behalf of themselves and others similarly situated; ALISON KELLEY, on behalf of themselves and others similarly situated; HOTZE HEALTH & WELLNESS CENTER, on behalf of themselves and others similarly situated; BRAIDWOOD MANAGEMENT, INCORPORATED,

Plaintiffs - Appellees

v.

STATE OF NEVADA,

Appellant.

---

**On Appeal from**
United States District Court for the Northern District of Texas
4:18-CV-825-O

---

**AMENDED NOTICE OF APPEAL**
**APPELLANT State of Nevada**

---

AARON D. FORD
Attorney General
/s/ *Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
555 E. Washington Avenue
Las Vegas, NV 89101-0000

PLEASE TAKE NOTICE that Proposed Intervenor State of Nevada hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's July 29, 2019 Judgment, ECF No. 98; the Court's March 30, 2019 Order, ECF No. 33, granting Plaintiffs' motion for class certification; the Court's April 1, 2019 Order, ECF No. 37, amending class certification; the Court's June 6, 2019 Order, ECF No. 76, granting Plaintiffs' motions for summary judgment and for permanent injunction; and this Court's July 29, 2019 Order, ECF No. 97, denying State of Nevada's motion to intervene. Nevada previously filed a notice of protective appeal on July 3, 2019 to preserve its right to appeal pending resolution of the then-pending motion for intervention and the issuance of final judgment.

RESPECTFULLY SUBMITTED this 27th day of August, 2019.

                         AARON D. FORD
                         Attorney General

By: /s/ *Heidi Parry Stern*
     HEIDI PARRY STERN
     (NV Bar 8873) (*pro hac vice pending*)
     Solicitor General
     CRAIG A. NEWBY
     (NV Bar 8591) (*pro hac vice pending*)
     Deputy Solicitor General
     Nevada Attorney General
     555 E. Washington Avenue
     Las Vegas, Nevada 89101
     (702) 486-3594  Telephone
     HStern@ag.nv.gov
     CNewby@ag.nv.gov

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of court for the United States District Court for the Northern District of Texas, by using the CM/ECF system on the 27th day of August, 2019.

I further certify that that I have served counsel of record for all parties through this Court's CM/ECF system.

| Appellees: | Counsel for Appellees: |
|---|---|
| Braidwood Management, Incorporated | Hartson Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Braidwood Management, Incorporated | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Braidwood Management, Incorporated | Jonathan Mitchell Austin, TX |
| Richard DeOtte | Hartson Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Yvette DeOtte | Hartson Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Richard DeOtte | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Yvette DeOtte | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Richard DeOtte | Jonathan Mitchell Austin, TX |
| Yvette DeOtte | Jonathan Mitchell Austin, TX |
| Hotze Health & Wellness Center | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Hotze Health & Wellness Center | Jonathan Mitchell Austin, TX |
| Alison Kelley | Hartson Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| John Kelley | Hartson Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
| Alison Kelley | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |

| John Kelley | Charles Fillmore of Fillmore Law Firm, L.L.P. Fort Worth, TX |
|---|---|
| Alison Kelley | Jonathan Mitchell Austin, TX |
| John Kelley | Jonathan Mitchell Austin, TX |

By: /s/ Sandra Geyer
SANDRA GEYER
Office of the Attorney General

# CERTIFICATE OF COMPLIANCE

1. This document complies with the FED. R. APP. P. *32(a)(7)(B)* because, it is double spaced excluding the parts of the document exempted by FED. R. APP. P. 32(f) and this document contains 649 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office, Word 2016 in Times New Roman pt 14.

        AARON D. FORD
        Attorney General

        By: /s/ *Heidi Parry Stern*
        HEIDI PARRY STERN
        (NV Bar 8873) (*pro hac vice pending*)
        Solicitor General
        CRAIG A. NEWBY
        (NV Bar 8591) (*pro hac vice pending*)
        Deputy Solicitor General
        Nevada Attorney General
        555 E. Washington Avenue
        Las Vegas, Nevada 89101
        (702) 486-3594 Telephone
        HStern@ag.nv.gov
        CNewby@ag.nv.gov

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 29, 2019

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    Richard DeOtte, et al v. Alex Azar  
    USDC No. 4:18-CV-825-O

Dear Ms. Mitchell,

I am forwarding an amended notice of appeal erroneously sent to us. We have noted the date received here (August 27, 2019). When you file the amended notice of appeal, please use that date, see FED. R. APP. P. 4(d).

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____  
    Mary Frances Yeager, Deputy Clerk  
    504-310-7686

cc:    Mrs. Heidi Parry Stern