IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **RICHARD W. DEOTTE** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:18-CV-00825-Y |
| ) | |
| v. ) | |
| ) | |
| **ALEX M. AZAR II**, in his official ) | |
| capacity as Secretary of Health and ) | |
| Human Services *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Alex M. Azar II, in his official capacity as Secretary of Health and Human Services; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; Eugene Scalia, in his official capacity as Secretary of Labor;[1] and the United States of America hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment entered on July 29, 2019 [ECF No. 98], as well as all prior orders and decisions that merge into that Judgment, including the Orders entered on March 30, 2019 and June 5, 2019 [ECF Nos. 33, 76].

Dated: September 27, 2019                           Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

  /s/ Daniel Riess
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Eugene Scalia is automatically substituted for his predecessor, Patrick Pizzella, Acting Secretary of Labor.

        Civil Division
        1100 L Street, NW
        Washington, D.C. 20005
        Telephone: (202) 353-3098
        Fax: (202) 616-8460
        Email: Daniel.Riess@usdoj.gov
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 27, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

        /s/ Daniel Riess