IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

A True Copy
Certified order issued Dec 10, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

4:18-cv-825-O

No. 19-10754

---

RICHARD W. DEOTTE, on behalf of himself and others similarly situated;
YVETTE DEOTTE; JOHN KELLEY; ALISON KELLEY; HOTZE HEALTH &
WELLNESS CENTER; BRAIDWOOD MANAGEMENT, INCORPORATED,
on behalf of itself and others similarly situated,

    Plaintiffs - Appellees

v.

STATE OF NEVADA,

    Movant - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 10 2019
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

---

Appeal from the United States District Court
for the Northern District of Texas

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of December 10, 2019, pursuant to motion filed by Appellants Mr. Alex M. Azar, II, Secretary, U.S. Department of Health and Human Services, Mr. Steven T. Mnuchin, Secretary, U.S. Department of Treasury, Mr. Eugene Scalia, Secretary, U.S. Department of Labor and USA.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT