RECEIVED
By TamaraEllis at 12:26 pm, Jan 19, 2021

# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 19, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-10754    DeOtte v. State of NV
                USDC No. 4:18-CV-825-O

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Ms. Elizabeth N. Dewar
Mr. Charles William Fillmore
Mr. Hartson Dustin Fillmore III
Ms. Jessica Fuhrman
Ms. Crystal Johnson Geise
Ms. Susan Pearl Greenberg
Ms. Claudia Hammerman
Mr. Richard Brian Katskee
Ms. Jamie A. Levitt
Ms. Melina Maria Meneguin Layerenza
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Mr. Craig A. Newby
Mr. Bruce H. Schneider
Ms. Priscilla Joyce Smith
Mrs. Heidi Parry Stern
Ms. Catherine Weiss