**FILED**
**December 21, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

No. 19-10754

Richard W. DeOtte, *on behalf of* himself and others similarly situated; Yvette DeOtte; John Kelley; Alison Kelley; Hotze Health & Wellness Center; Braidwood Management, Incorporated, *on behalf of* itself and others similarly situated,

*Plaintiffs—Appellees*,

versus

State of Nevada,

*Movant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-825-O

Before Higginbotham, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the appellees' opposed motion for partial dismissal of the appeal as to the issues of district court's final judgment, its class-certification orders, and its order granting the plaintiffs' motion for summary judgment and permanent injunction, for lack of appellate jurisdiction is DENIED.

No. 19-10754

IT IS FURTHER ORDERED that the appellees' opposed renewed motion for partial dismissal of the appeal as to the issues of district court's final judgment, its class-certification orders, and its order granting the plaintiffs' motion for summary judgment and permanent injunction, for lack of appellate jurisdiction is DENIED.