**FILED**
**August 31, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 17, 2021
Lyle W. Cayce
Clerk

No. 19-10754

RICHARD W. DEOTTE, *on behalf of* HIMSELF AND OTHERS SIMILARLY SITUATED; YVETTE DEOTTE; JOHN KELLEY; ALISON KELLEY; HOTZE HEALTH & WELLNESS CENTER; BRAIDWOOD MANAGEMENT, INCORPORATED, *on behalf of* ITSELF AND OTHERS SIMILARLY SITUATED,

*Plaintiffs—Appellees*,

*versus*

STATE OF NEVADA,

*Movant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-825-O

Before HIGGINBOTHAM, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the

No. 19-10754

District Court for further proceedings in accordance with the opinion of this Court.

    IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Aug 31, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**