UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **RICHARD W. DEOTTE et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00825-O |
| § | |
| **STATE OF NEVADA,** § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

In accordance with the Fifth Circuit's opinion (ECF No. 117) and mandate (ECF No. 116), the case is **DISMISSED as moot**.

**SO ORDERED** on this **31st day** of **August, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1